YIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALBERT WINFREY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DONALD N. SNYDER, et al.,** )<br>)<br>**Defendants.** ) | **Cause No. 03-CV-033-WDS** |

### O R D E R

**STIEHL, District Judge:**

This matter is before the Court for docket control. The record reveals that since August of 2005, mail from the Court has been returned as undeliverable. The plaintiff has, apparently, been paroled (See Doc. 22). It is the responsibility of the plaintiff to advise the Court of an address where he can be reached and where mail can be delivered. No action has been taken in this cause since August of 2005, accordingly, the Court **DISMISSES** this action with prejudice for want of prosecution.

**IT IS SO ORDERED.**

**DATED: April 5, 2006**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE